**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| LESLEY BARERRA, LESLEY | § | |
| BARERRA A/N/F A.R., LESLEY | § | |
| BARERRA A/N/F R.R., LESLEY | § | |
| BARERRA A/N/F R.R., AND | § | |
| JULISSA GARCIA | § | CIVIL ACTION NO. _____ |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | |
| | § | |
| SENOR SAN PEDRO HERNANDEZ, | § | |
| TRANSPORTES CANALES SA DE CV, | § | |
| & TRANCASA USA INC. | § | |
| *Defendants* | § | |

---

**DEFENDANTS SENOR SAN PEDRO HERNANDEZ &**
**TRANSPORTES CANALES SA DE CV'S**
**NOTICE OF REMOVAL**

---

TO:   THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS,
MCALLEN DIVISION:

Defendants **SENOR SAN PEDRO HERNDANDEZ and TRANSPORTES CANALES SA DE CV** (hereinafter referred to as "Defendants") files this notice of removal pursuant to 28 U.S.C. § 1446(a).

## I. Introduction

1.1    Plaintiffs are Lesley Barerra, Lesley Barerra a/n/f of, A.R., Lesley Barerra a/n/f R.R., Lesley Barerra a/n/f R.R.and Julissa Garcia (hereinafter, collectively, "Plaintiffs"), are Untied States citizens and Texas residents.

1.2    Defendants Transportes Canales S.A. de C.V. and Senor San Pedro Hernandez (hereinafter, collectively, "Defendants") are citizens, entities, and/or residents

of the country of Mexico.  They do not have a place of employment or place of business in Texas.

1.3     Defendant Trancasa USA ("Defendant Trancasa") is an improper party to this lawsuit. Plaintiff cannot prove now or in the future that Defendant Trancasa was involved in the motor vehicle accident made the basis of this lawsuit or that Defendant Trancasa in any way caused or contributed to cause said accident. Defendant Trancasa was improperly and/or fraudulently joined in an effort to defeat this court's federal diversity jurisdiction.

1.4     According to Hidalgo County Clerk records, Plaintiff filed his suit against Defendants on January 4, 2023, in the County Court at Law No. 5 of Hidalgo County, Texas under Cause No. CL-23-0054-E. Said suit is styled *Lesley Barerra, Lesley Barerra a/n/f A.R., Lesley Barerra a/n/f R.R., Lesley Barerra a/n/f R.R.and Julissa Garcia v. Senor San Pedro Hernandez, Transportes Canales S.A. De C.V. and Trancasa USA, Inc*. Citations were issued to Defendants on January 10, 2023.

1.5     Defendant Senor San Pedro Hernandez ("Defendant Hernandez") is a Mexican citizen who drives tractor-trailers back and forth from Mexico and the United States ('cross-border transfers"). He does not reside in the United States, and he does not have a designated place of employment in the United States.

1.6     Defendant Transportes Canales S.A. De C.V. ("Defendant Transportes Canales") is a Mexican company that employed Defendant Senor San Pedro Hernandez. It does not have a designated place of business in the United States.  It owns no real estate in the United States of America.

1.7     Defendant Trancasa USA, Inc. is a Texas corporation whose registered address is in Pharr, Texas. However, Defendant Trancasa USA, Inc. is an improper party to this suit because: (a) it did not and does not employ, direct, control nor have a right of control over Defendant Senor San Pedro Hernandez; (b) it did not and does not own, operate nor maintain the truck Defendant Senor San Pedro Hernandez was operating at the time of the accident; and (c) it had no involvement in the load, shipment, or dispatch of any driver or cargo involved in the motor vehicle accident with Plaintiff.

1.8     In the interests of speed and efficiency, Defendant Senor San Pedro Hernandez elects to waive formal service effective as of the date of this filing. Consequently, Defendants file their notice of removal within the 30-day time period required by 28 U.S.C. 1446(b). *Bd. Of Regents of Univ. of Tex. Sys. V. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007); s*ee also Monterey Mushrooms, Inc. v. Hall*, 14 F. Supp. 2d 988, 991 (S.D. Tex. 1998) (the statutory period for removal begins to run from the time a defendant actually receives a copy of the pleadings and not when the statutory agent receives process).

## II. Basis for Removal

2.1 Removal is proper because Plaintiff joined Defendant Trancasa solely to defeat diversity jurisdiction. *See Davidson v. Ga-Pac., L.L.C.,* 819 F.3d 758, 765 (5th Cir. 2016). There is no reasonable basis for believing that Plaintiffs could recover from Defendant Trancasa in state court. *Chambers v. HSBC Bank USA, N.A.,* 796 F.3d 560, 564-65 (6th Cir. 2015); *see Moris v. Princess Cruises, Inc.,* 236 F.3d 1061, 1067-68 (9th Cir. 2001).

2.2     Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a); *Johnson v. Columbia Props. Acnhorage, L.P.*, 437 F.3d 894, 899-

900 (9th Cir. 2006).  Plaintiffs are U.S. citizens and residents of the State of Texas. Defendants Senor San Pedro Hernandez and Transportes Canales S.A. de C.V. are Mexican citizens, reside in Mexico and have no residence, office or place of business in the United States. See 28 U.S.C.A. § 1441(a); *Barragan v. Warner-Lambert Co.*, 216 F. Supp. 2d 627, 630 (W.D. Tex. 2002).  Additionally, the amount in controversy exceeds $75,000.00, excluding interest and costs. 28 U.S.C. § 1332(a); *Andrews v. E.I. du Pont de Nemours & Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006).

2.3    Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in the McAllen Division of the Southern District of Texas.

2.4    Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

2.5    Pursuant to Local Rule LR81 of the United States District Court for the Southern District of Texas, Defendants provide a copy of the docket sheet, if any, process, if any, pleadings, and any signed orders served in the State Court action, together with an index of matters being filed, and the notice served upon Plaintiff's attorney of record that this matter was removed.  These documents are attached as "**EXHIBIT 1**".  Also pursuant to LR81, a list of all counsel of record and parties represented is attached as "**EXHIBIT 2.**"

2.6    All Defendants consent to this removal.

### III.  Prayer

3.1    In accordance with the above, Defendants prays that this Court enter such further Orders and grant such further relief as may be necessary to secure removal herein

and to prevent further proceedings in the County Court at Law No. 5 of Hidalgo County,

Texas and for such other and further relief, general and special, legal and equitable, to

which it may show itself to be justly entitled.

Respectfully submitted,

By:     /s/ James H. Hunter, Jr.        
        James H. Hunter, Jr.,
        Attorney-in-Charge,
        State Bar No. 00784311
        Federal I.D. No. 15703
        55 Cove Circle
        Brownsville, Texas 78521
        (956) 542-4377 (Telephone)
        (956) 542-4370 (Facsimile)
        E-Mail: jim.hunter@roystonlaw.com
        **ATTORNEYS FOR DEFENDANT**
        **SENOR SAN PEDRO HERNANDEZ**
        **AND TRANSPORTES CANALES SA**
        **DE CV**

**OF COUNSEL:**
Nathan S. Janis
State Bar No. 24106138
Federal ID No. 3749909
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)
E-Mail: nathan.janis@roystonlaw.com

65989:46754376                  5

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that a true and correct copy of the above and foregoing document was filed electronically and forwarded via the CM/ECF Filing System, facsimile, Regular U.S. Mail, certified mail, return receipt requested and/or E-Mail to all known counsel of record on this 6th day of February 2023, as follows:

Hitesh K. Chugam
Yusuf S. Ansari
**HKC Law Firm, PLLC**
517 West Nolana St., Suite 7
McAllen, Texas 78504
***ATTORNEYS FOR PLAINTIFFS***

Respectfully submitted,

By:    /s/ James H. Hunter, Jr.
James H. Hunter, Jr.,
Attorney-in-Charge,
State Bar No. 00784311
Federal I.D. No. 15703
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)
E-Mail: jim.hunter@roystonlaw.com
**ATTORNEYS FOR DEFENDANT
SENOR SAN PEDRO HERNANDEZ
AND TRANSPORTES CANALES SA
DE CV**

**OF COUNSEL:**
Nathan S. Janis
State Bar No. 24106138
Federal ID No. 3749909
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)
E-Mail: nathan.janis@roystonlaw.com

65989:46754376                                   6