United States District Court
Southern District of Texas
**ENTERED**
August 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LESLEY BARERRA, LESLEY BARERRA as next friend of A.R., LESLEY BARERRA as next friend of R.R., LESLEY BARERRA as next friend of R.R., and JULISSA GARCIA, §§§§§§§ Plaintiffs, § VS. § SENOR SAN PEDRO HERNANDEZ, TRANSPORTES CANALES SA DE CV, & TRANCASA USA INC., §§§§§§ Defendants. § | CIVIL ACTION NO. 7:23-cv-00040 |

## **FINAL JUDGMENT**

The Court hereby renders final judgment in this case in accordance with Federal Rule of Civil Procedure 58. The parties previously announced that they reached a settlement agreement that settled all issues involved in this case.[1] Based upon the parties' joint brief[2] the Court previously concluded that the interest of the three (3) minor plaintiffs, A.R., R.R., and R.R., were adequately represented and not in conflict with their mother and next friend, Plaintiff Lesley Barerra.[3] However, in accordance with Texas law and the principles that undergird Federal Rule of Civil Procedure 17(c), the court ordered a hearing to assess whether the settlements serve the minors' best interest. On August 15, 2023, the parties appeared at the hearing through their respective attorneys. In addition, Plaintiff Lesley Barerra and the minors appeared.

---

[1] Dkt. No. 11.
[2] Dkt. No. 13.
[3] Dkt. No. 14.

After considering the sworn testimony of Lesley Barerra, as well as the minors' previously filed medical records, the Court finds that: the minor plaintiffs were not injured in the accident made the basis of Plaintiffs' suit; that out of an abundance of caution only, the minors were taken for a medical evaluation two weeks after the accident; that the medical records show the minors did not sustain any injuries; that the minors have not made any complaints nor exhibited any signs of injuries since the incident occurred on October 29, 2021; that the only expenses incurred by the minors were for the precautionary medical evaluations, at a cost of approximately $75 each; that after deduction of and payment of their medical evaluation costs, the net settlements to the minors will be approximately $75 each; and that Lesley Barerra will only use net proceeds of the minors' settlements on the minors. Therefore, the Court finds that the settlement serves the minors' best interest.

It is therefore **ORDERED, ADJUGDED** and **DECREED** that the Settlement Agreement is hereby approved as to the Minor Plaintiffs;

It is further **ORDERED, ADJUGDED** and **DECREED** that Lesley Barerra and Julissa Garcia, individually, recover from Defendants Senor San Pedro Hernandez, Transportes Canales SA de CV, and Trancasa USA Inc., sums set forth in the confidential settlement agreements between them;

It is further **ORDERED, ADJUGDED** and **DECREED** that Defendants Senor San Pedro Hernandez, Transportes Canales SA de CV, and Trancasa USA Inc., shall issue one check in the amount of $225.00 (Two Hundred Twenty-Five Dollars) payable to Lesley Barerra for the benefit of Minors A.R., R.R., and R.R. for use toward immediate, reasonable, and necessary expenses on behalf of Minors A.R., R.R., and R.R.;

It is further **ORDERED, ADJUDGED** and **DECREED** that Defendants upon duly paying the above-stated amount of the agreed settlement and discharging the same in its entirety, paying the confidential amounts required by the settlement agreement, will stand fully released and forever discharged of and from any and all liability whatsoever to Plaintiffs in any capacity, upon any demands, claims or causes of action of whatever nature whether known or unknown arising out of or based upon the occurrence described in Plaintiffs' last filed petition in this case;

It is further **ORDERED, ADJUDGED** and **DECREED** that in accordance with the agreement of the parties, that the making of such settlement being for the purposes of avoiding further time, trouble, expense and uncertainty of litigation, does not constitute an admission of liability on the part of Defendants as to any cause of action or extent of damages;

It is further **ORDERED, ADJUDGED** and **DECREED** that all costs of Court are taxed against the party incurring the same;

It is further **ORDERED, ADJUDGED** and **DECREED** that all claims asserted in the above-referenced cause against Defendants are hereby **DISMISSED WITH PREJUDICE**. All relief not herein granted is hereby **DENIED**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. This is a final judgment for which execution may issue as allowed by law. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of August 2023.

_____
Micaela Alvarez
Senior United States District Judge